PROB 22 (Rev. 2/88)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 DEC 14 PM 3: 35

LORETTA G. WHYTE
CLERK

# TRANSFER OF JURISDICTION

| DOCKET # (Trans. Court) |
|---|
| 053L 2:00CR00147-001 K |
| DOCKET # (Rec. Court) |

**NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**

Lynn Charles Miller, Jr.
9431 Normandie
Shreveport, LA 71118

| DISTRICT | DIVISION | NAME OF SENTENCING JUDGE |
|---|---|---|
| Louisiana Eastern | New Orleans | Stanwood Duval, Jr. |

| Date of Probation/Supervised Release: | FROM | TO |
|---|---|---|
| | October 25, 2000 | October 24, 2005 |

**Offense**

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Eastern District of Louisiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District court for the Western District of Louisiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

November 19.2004
DATE

_____
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Western District of Louisiana

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

12/7/04
DATE

_____
UNITED STATES DISTRICT JUDGE

BPB

DATE OF ENTRY

DEC 1 7 2004

___ Fee_____
___ Process
X  Dktd____
___ CtRmDep___
___ Doc. No.____

16